IN THE UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**JAMES GOULD ,**

    Appellant,

v.                                                              Appeal No. 24-4192

**UNITED STATES OF AMERICA,**

    Appellee.

## MOTION TO EXTEND TIME
## TO FILE APPELLANT'S BRIEF & JOINT APPENDIX

Comes Appellant James Gould, by his counsel, pursuant to Rule 31(c) of the Local Rules of the Fourth Circuit, and respectfully moves this Court to grant an extension of approximately 30 days of the due date for his brief and joint appendix, making both due on or before July 8, 2024. In support of this motion, undersigned counsel represents:

1.    Pursuant to the briefing order of this Court filed on May 1, 2024, the Appellant's brief and joint appendix are due to be filed June 5, 2024. *See* Doc. 12.

2.    Appellant's counsel is out of state on leave the week of May 20, 2024. More importantly, in addition to having to brief what is a very complex and important issue that will be a matter of first impression post-*Bruen* in this Circuit (and may just be a matter of first impression at the Court of Appeals level nationally), defendant's counsel has three contested sentencings on May 31 that he must prepare for (*United

*States v. Mitchem*, 5:23-cr-52/5:23-cr-161; *United States v. Lawson*, 5:22-cr-217; and *United States v. Mullins*, 5:22-cr-179), a subsequent sentencing on June 3, 2024 (*United States v. Ferguson*, 3:23-cr-42), and a jury trial scheduled to begin June 4, 2024 (*United States v. England*, 5:23-cr-93).

3. In light of undersigned counsel's obligations at present, counsel feels he will be unable to adequately conduct the necessary research on issues and complete a meaningful analysis of the same in order to prepare his brief for filing on or before June 5, 2024.

4. Pursuant to Local Rule of the Fourth Circuit 27(a), undersigned counsel has contacted the attorney representing the Appellee in this case of the filing of this motion via email to determine if the United States has any objection to the relief requested. They have authorized undersigned counsel to inform the Court that the Government has no objection to the relief requested in this motion.

WHEREFORE, for good cause shown, Appellant requests an extension of time of approximately 30 days in which to file the opening brief and joint appendix in this appeal, making them due on Monday, July 8, 2024.

Date: May 20, 2024                     Respectfully submitted,

**JAMES GOULD**
By Counsel

**WESLEY P. PAGE**
**FEDERAL PUBLIC DEFENDER**

**s/Lex A. Coleman**
Lex Coleman
Senior Litigator, Assistant Federal Public Defender
Office of the Federal Public Defender
Room 3400, United States Courthouse
300 Virginia Street East
Charleston, West Virginia 25301
E-mail: lex_coleman@fd.org

s/Jonathan D. Byrne
Jonathan D. Byrne
Appellate Counsel
Office of the Federal Public Defender
Room 3400, United States Courthouse
300 Virginia Street East
Charleston, West Virginia  25301
E-mail: jonathan_byrne@fd.org